IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| INTERNATIONAL EXPRESS CORPORATION | * * * | CASE NUMBER 89-04427 (ESL) |
| Debtor(s) | * | CHAPTER 7 |

REPORT OF TRUSTEE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3011

TO THE HONORABLE COURT:

COMES NOW Donald F. Walton, the Chapter 7 Successor Trustee in the captioned case, through the undersigned counsel, and respectfully states, alleges and prays:

1. The Successor Trustee of the above entitled estate, reports that the following check has not been cashed by the bank upon which drawn. Over ninety (90) days have passed and it has not been presented for payment::

| Check Number | Claimant | Amount |
|---|---|---|
| 2212 | Loteria de Puerto Rico<br>P.O. Box 192131<br>San Juan, PR 00919-2131 | $58,665.00 |

2. Accordingly, by check number 2212 in the amount of $58,665.00, the successor trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provisions of 11 U.S.C. Section 347(a).

WHEREFORE, said trustee prays the Court to take notice of the above.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: I hereby certify that on this same date a true and exact copy of the foregoing document has been sent by U.S. First Class Mail to: Loteria de Puerto Rico, P.O. Box 192131, San Juan, PR 00919-2131; Treasury Department, Bankruptcy Division, P.O. Box 9024140, Suite 424-B, San Juan, PR 00902-4140.

In San Juan, Puerto Rico, this 19th day of May, 2010.

DONALD F. WALTON
UNITED STATES TRUSTEE, REGION 21

**[Electronically Filed]**

s/Monsita Lecaroz Arribas
MONSITA LECAROZ ARRIBAS
ASSISTANT U.S. TRUSTEE
Ochoa Building
500 Tanca Street, Suite 301
San Juan, PR 00901-1922
Telephone (787) 729-7444
Facsimile (787) 729-7449
USDC-PR #207707